CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Teresa Allen, SBN 264865
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

TERESA A. CUNNINGHAM (SBN: 136013)
tcunningham@gawvanmale.com
CAITLIN CONNELL (SBN: 272906)
cconnell@gawvanmale.com
GAW VAN MALE, LLP
1000 Main Street, Suite 300
Napa, CA 94559
Telephone: (707) 252-9000
Facsimile: (707) 252- 0792
Attorneys for Defendants
EDWARD I. BARWICK
erroneously sued "in his individual and representative capacity as trustee,"
more accurately named as an individual and as Trustee
of The Edward I. Barwick Survivor's Trust, created under
The Barwick Family Trust, dated November 19, 1993
and RANDY GUERRIERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD I. BARWICK, in his individual and representative capacity as trustee; RANDY S. GUERRIERI; and Does 1-10,<br><br>    Defendants. | Case: .: 3:16-CV-05370-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 13, 2017        CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff

Dated: April 13, 2017        GAW VAN MALE, LLP

By:   /s/ Caitlin Connell
     Teresa A. Cunningham
     Caitlin Connell
     Attorneys for Defendants
     EDWARD I. BARWICK,
erroneously sued "in his individual and representative capacity as trustee," more accurately named as an individual and as Trustee of The Edward I. Barwick Survivor's Trust, created under The Barwick Family Trust, dated November 19, 1993 and RANDY GUERRIERI

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Caitlin Connell, counsel for Edward I. Barwick, erroneously sued "in his individual and representative capacity as trustee," more accurately named as an individual and as Trustee of The Edward I. Barwick Survivor's Trust, created under The Barwick Family Trust, dated November 19, 1993 and Randy S. Guerrieri, and that I have obtained Ms. Connell's authorization to affix her electronic signature to this document.

Dated: April 13, 2017        CENTER FOR DISABILITY ACCESS

                             By: ___/s/ Phyl Grace_____
                                 Phyl Grace
                                 Attorneys for Plaintiff